

| Dictionary | Thesaurus |

# derogatory

## adjective

de·rog·a·to·ry    di-ˈrä-gə-ˌtȯr-ē  How to pronounce derogatory (audio)

Synonyms of *derogatory* next

**1**

**:** expressive of a low opinion **:** DISPARAGING

*derogatory* remarks

a *derogatory* term

**2**

**:** detracting from the character or standing of something — often used with *to, towards*, or *of*

… abstained from saying a word *derogatory* to his new friend's religion …

— Anthony Trollope

- ### derogatorily

   di-ˌrä-gə-ˈtȯr-ə-lē  How to pronounce derogatory (audio)

   **adverb**

*No. 22-1844, viewed Jan. 9, 2023*