FILED: February 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1844
(1:22-cv-00568-CCE-JLW)

_____

JULIETTE GRIMMETT; RALSTON LAPP GUINN MEDIA GROUP; JOSH STEIN FOR ATTORNEY GENERAL CAMPAIGN; JOSH STEIN; SETH DEARMIN; ERIC STERN

        Plaintiffs - Appellants

v.

N. LORRIN FREEMAN, in her official capacity as District Attorney for the 10th Prosecutorial District of the State of North Carolina

        Defendant - Appellee

 and

DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections; STELLA ANDERSON, in her official capacity as Secretary of the North Carolina State Board of Elections; JEFF CARMON, III, In his official capacity as Member of the North Carolina State Board of Elections; STACY EGGERS, IV, In his official capacity as Member of the North Carolina State Board of Elections; TOMMY TUCKER, In his official capacity as Member of the North Carolina State Board of Elections

        Defendants

------------------------------

DUKE FIRST AMENDMENT CLINIC

Amicus Supporting Appellant

_____

O R D E R

_____

The injunction pending appeal issued by this Court (see ECF 14 at 5) will terminate upon issuance of the Court's mandate.

For the Court

/s/ Patricia S. Connor, Clerk